CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Address: 8033 Linda Vista Road Suite 200
San Diego CA 92111
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiff SCOTT JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | **Case No.** 5:19-cv-08075-EJD |
| Plaintiff, | **Notice of Acceptance of Rule 68 Offer of Judgment and Request for Entry of Judgment Pursuant to FRCP 68(a)** |
| v. | |
| **Edward K. Li,** in individual and representative capacity as trustee of The Li Family Trust dated March 10, 1988; **Debra Li,** in individual and representative capacity as trustee of The Li Family Trust dated March 10, 1988; **Jianwei Shou**; and Does 1-10, | |
| Defendants. | |

PLEASE TAKE NOTICE THAT Plaintiff has accepted an FRCP 68 Offer of Judgment from Defendants Edward K. Li, in individual and representative capacity as trustee of The Li Family Trust dated March 10, 1988, Debra Li, in individual and representative capacity as trustee of The Li Family Trust dated March 10, 1988, and Jianwei Shou and served notice of the same. Attached are: Defendant's Offer (Exhibit 1), Plaintiff's Acceptance (Exhibit 2) and Proof of Service (Exhibit 3).

A plaintiff may seek entry of judgment after accepting a Rule 68 Offer of Judgment.

> "If, within 14 days after being served, the opposing party serves written notice accepting the offer, either party may then file the offer and notice of acceptance, plus proof of service. The clerk must then enter judgment."

*Fed. R. Civ. P.* 68(a)

Having accepted the offer of judgment, pursuant to Federal Rule of Civil Procedure 68(a), Plaintiff is now entitled to, and hereby moves for, the clerk's entry of judgment pursuant to the terms of Exhibit 1.

In order to aid entry of judgment, Plaintiff has prepared a proposed judgment intended to be consistent with the terms of Defendant's Offer of Judgment. This proposed order is filed concurrently with this Notice of Acceptance.

Dated: April 13, 2020        CENTER FOR DISABILITY ACCESS

By: __/s/ Dennis Price_____ ____
     Dennis Price, Esq.
     Attorney for Plaintiff