**EXHIBIT 1**

| | |
|---|---|
| 1 | CATHERINE M. CORFEE SBN 155064 |
| 2 | ZACHARY M. BEST SBN 166035<br>CORFEE STONE LAW CORPORATION, PC |
| 3 | P.O. Box 1098<br>Carmichael, CA 95609 |
| 4 | Telephone: (916) 487-5441<br>Facsimile: (916) 487-5440 |
| 5 | Email: catherine@corfeestone.com<br>assistant@corfeestone.com |
| 6 | |
| 7 | Attorney for Defendants<br>Edward and Debra Li, |
| 8 | Individually and in representative capacity<br>Of Li Family Trust Dated March 10, 1988 |
| 9 | |
| 10 | JOEL WAELTY<br>Jachimowicz Law Group |
| 11 | 2007 W. Hedding Street<br>Suite 100 |
| 12 | San Jose, CA 95128 |
| 13 | Attorney for Defendant |
| 14 | JIANWEI SHOU |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SCOTT JOHNSON, | ) Case No.: 5:19-cv-08075-EJD |
|---|---|
| Plaintiff, | ) |
| v. | ) **DEFENDANTS' AMENDED JOINT**<br>) **FRCP 68** |
| EDWARD K. LI, in individual and representative capacity of the Li Family Trust dated March 10, 1988; DEBRA LI, in individual and representative capacity of the Li Family Trust dated March 10, 1988; JIANWEI SHOU; and DOES 1-10, | ) ) ) ) ) ) |
| Defendants. | ) ) ) |

MAR 16 2020

1

2    Defendants **PLEASE TAKE NOTICE** that pursuant to Rule 68 of the FEDERAL RULES
3    OF CIVIL PROCEDURE ("FRCP"), Defendants EDWARD K. LI, in individual and
4    representative capacity of the Li Family Trust dated March 10, 1988; DEBRA LI, in individual
5    and representative capacity of the Li Family Trust dated March 10, 1988 and JIANWEI SHOU
6    ("Defendants"), by and through their law firm does and hereby make an offer of judgment
7    against Defendants' in favor of Plaintiff for a total of $6500 for statutory damages per the
8    California Unruh Act, plus an additional amount of reasonable attorney fees as allowed by law
     per the Unruh Act claim, which shall be determined by the Court.
9

10
     Defendants' have voluntarily agreed to and started making the changes per the alleged ADA
11   barriers listed in the Complaint and have retained a CASp but without admitting liability.. They
12   do not admit that Plaintiff intended to enjoy the goods and services or will return, however, they
13   will make ADA changes to make it more perfect per the ADA 2010 codes, and will keep and
14   maintain said ADA elements in working and usable conditions for the disabled. They also have a
15   written ADA Policy & Procedures Manual, which includes each Defendant having a policy to
16   make modifications to the existing and all ADA elements at their facility, and will modify their
17   policies and procedures to make reasonable accommodations so long as such does not
18   fundamentally alter the goods and/or services, and as provided by law. The ADA compliance
     will be and/or is as follows:
19
        1. Accessible path of travel from the parking to the entrance
20
        2. Accessible path of travel from the public right away to the facility.
21
        3. Compliant counter and restrooms per the ADA and Title 24 as to the counter.
22
        4. Defendants have the ADA policy manuals to address the duty to maintain the ADA
23          features it has and to make modifications to their policies to reasonably accommodate a
24          disabled's request for access.

25
     Based on the above, the Plaintiff hereby accepts the Defendant's FRCP 68 offer.
26

27
     Dated:_____          _____
28                                          Scott Johnson, Plaintiff

Page 2