MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Center For Disability Access<br>Dennis Price, Esq., SBN 279082<br>8033 Linda Vista Road, Suite 200<br>San Diego, CA 92111<br>TELEPHONE NO.: (858) 375-7385  FAX NO. *(Optional)*: (888) 422-5191<br>E-MAIL ADDRESS *(Optional)*: dennisp@PotterHandy.com<br>ATTORNEY FOR *(Name)*: Scott Johnson | |
| NAME OF COURT: United States District Court of California<br>STREET ADDRESS: 280 S 1st<br>MAILING ADDRESS: 280 S 1st<br>CITY AND ZIP CODE: San Jose, CA 95113<br>BRANCH NAME: Northern District | |
| PLAINTIFF/PETITIONER: Scott Johnson<br>DEFENDANT/RESPONDENT: Edward K Li; et al. | |
| **DECLARATION** | CASE NUMBER:<br>5:19-cv-08075-EJD |

1. I am the attorney for Judgment Creditor herein.•

2. Interest is calculated first by taking the judgment amount and multiplying by interest rate to obtain the yearly amount of interest; then dividing that yearly amount by 365 to obtain the daily amount of interest.•

3. The yearly amount of interest in calculated for each full year from the date of entry of judgment. The daily amount of interest is then multiplied by the number of days since the entry of judgment.•

4. Judgment was entered on: 4/14/20

5. Full years from date of entry of judgment: 0

6. Federal Rate of interest : 0.25%

7. The daily amount of interest is: $0.04

8. Total accrued interest:$5.34

9. Days passed after judgment issued: 120

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/13/20

Dennis Price
(TYPE OR PRINT NAME)

*(SIGNATURE OF DECLARANT)*

☑ Attorney for  ☑ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other *(Specify)*:

| SHORT TITLE: Johnson v. Edward K Li; et al. | CASE NUMBER: 5:19-cv-08075-EJD |
|---|---|

9. Attorney fees and costs for $7032.5 are granted by Court on 6/17/20.

10. Attorneys fees are allowed under CCP § 685.040 as the underlying action is entitled to a fee award.

11. I have spent 1.5 hours of post-judgment work on this matter, including: preparing the abstract, researching and writ of execution.

12. My billing rate is $450.00 per hour.

13. Total payments made: $0.00.

14. Payments applied to accrued interest: $0

15. Total applied to Sheriff's disbursement fees: $0

*(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, **not** line numbers)*:

This page may be used with any Judicial Council form or any other paper filed with the court.

Page 2

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**
**Attach to Judicial Council Form or Other Court Paper**

CRC 201, 501