UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 16 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SCOTT JOHNSON, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> EDWARD K. LI, in individual and representative capacity as trustee of The Li Family Trust dated March 10, 1988; et al., <br><br> Defendants - Appellees. | No. 20-16387 <br><br> D.C. No. 5:19-cv-08075-EJD <br> U.S. District Court for Northern California, San Jose <br><br> **MANDATE** |

The judgment of this Court, entered May 25, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7